IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00308-WYD

CHRISTOPHER SUMMERS,

    Plaintiff,

v.

C. MANES, MASTERSON, and E. GRAMM,

    Defendants.

## ORDER OF DISMISSAL

The Plaintiff has filed a Motion for Dismissal by the Plaintiff Christopher Summers [# 10].  After careful review of the file, the Court has concluded that the motion should be approved and that Plaintiff's claims against the Defendants should be **DISMISSED**.  Accordingly, it is

ORDERED that the Motion for Dismissal by the Plaintiff Christopher Summers [# 10] is **GRANTED**, and that Plaintiff's claims against all Defendants are **DISMISSED**, each party to pay its own attorney's fees and costs.

    Dated:  March 6, 2007

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge